UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN AGE CONVELESCENT HOSPITAL, INC., <br><br>        Appellant, <br><br>    v. <br><br>523 BURLINGAME AVE., LLC, <br><br>        Appellee. | Case No.  16-cv-05417-VC <br><br> **ORDER TO SHOW CAUSE** |

    Golden Age Convalescent Hospital is ordered to show cause why this bankruptcy appeal should not be dismissed for failure to prosecute and failure to comply with the Rules of Bankruptcy Procedure.  The bankruptcy court clerk notified this Court on October 24, 2016 that the record has not been completed because Golden Age had not filed a designation of record or statement of issues.  *See* Fed. R. Bank. P. 8009.  Two months have passed since the notice of appeal was filed, and the Court has not received a designated record on appeal.

    A response to this Order to Show Cause must be filed no later than December 2, 2016.

    **IT IS SO ORDERED.**

Dated:  November 23, 2016

                                                                                              _____
                                                                                              VINCE CHHABRIA
                                                                                              United States District Judge