UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN AGE CONVELESCENT HOSPITAL, INC., <br><br> Appellant, <br><br> v. <br><br> 523 BURLINGAME AVE., LLC, <br><br> Appellee. | Case No. 16-cv-05417-VC <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

The appellant continues to fail to prosecute this case, with the latest transgression being that counsel for the appellant has prevented the record from being completed by not paying transcript fees.  Accordingly, the appeal is dismissed for failure to prosecute.  Dismissal is without prejudice to refiling the appeal within 30 days if counsel can demonstrate that he will pursue the appeal diligently.  If the appeal is not refiled within 30 days, dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated:  January 18, 2017

_____
VINCE CHHABRIA
United States District Judge